William M. Steenman and Others, Respondents, v. Sylvester B. Eagan, Appellant. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Appointment of a Committee on Character and Fitness of Applicants for Admission to the Bar for Each of the Judicial Districts Comprising the Fourth Judicial Department, Pursuant to Rule 1 of the General Rules of Practice.— The following committees on character and fitness of applicants for admission to the bar are appointed: For the fifth judicial district: Henry Purcell, of Watertown, chairman; William G. Tracy, of Syracuse; Fred G. Fincke, of Utica. For the seventh judicial district: Edwin A. Nash, of Rochester, chairman: Frank Rice, of Canandaigua; Monroe Wheeler, of Bath. For the eighth judicial district: George Clinton, of Buffalo, chairman; Daniel J. Kenefick, of Buffalo; Hudson Ansley, of Salamanca.

William Hamlin and Frank Hamlin, as Executors, etc., of Cicero J. Hamlin, Deceased, Respondents, v. Henry P. Burgard, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Arthur J. McBride, Respondent, v. T. Edward Atchison, as President, and Clarence Stephens and Others, Trustees of the Village of Batavia, Appellants.— Order affirmed, with costs. All concurred.

Lawrence Kinsella, Respondent, v. Thomas L. Kinsella, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.